# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CONNIE MCGIRR, et al., :
: Civil Action No. 1:16-cv-464
        Plaintiffs, :
: Judge Robert H. Cleland
  vs. :
:
THOMAS F. REHME, et al., : **ORDER REGARDING EXPEDITED**
: **THIRD-PARTY DISCOVERY**
        Defendants. :
:
:

Upon consideration of the issues raised in Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #4), and pursuant to the Scheduling Order Regarding Preliminary Injunction (Dkt. # 16), the Court hereby **GRANTS** expedited third-party discovery as follows:

**IT IS ORDERED** that expedited third-party discovery shall occur prior to the preliminary injunction hearing, in accordance with third-party subpoenas *duces tecum,* with responses due within **10 days** of service;

**IT IS FURTHER ORDERED** that if Plaintiffs wish to conduct limited depositions of third-parties, they may present a proposed deposition schedule, indicating the individuals to be deposed, the targeted subject matter to be explored at the deposition, and the length of time proposed to conduct such deposition. The court will consider any submitted proposed deposition schedule and give leave to proceed as the court may deem appropriate. Plaintiffs should be aware that the court expects such

depositions to be very few in number, extremely narrow in scope, and concise in time, limited to what is needed to prepare for the Preliminary Injunction Hearing.

**SO ORDERED.**

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 12, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522