**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CONNIE MCGIRR, et al.,

    Plaintiffs,

v.                                                           Case No. 16-464

THOMAS F. REHME, et al.,

    Defendants.

                                                                   /

**ORDER SETTING STATUS CONFERENCE, EXTENDING TEMPORARY
RESTRAINING ORDER, AND TERMINATING MOTION AS
WITHDRAWN WITHOUT PREJUDICE**

On May 26, 2016, the court held a hearing on Plaintiffs' Motion for Preliminary Injunction and a number of other pending motions. At the hearing, the parties each made opening presentations, though devoted much of the day to off-the-record settlement discussions among the parties and, at times, with the court. As stated on the record and in a minute entry following the hearing, the court now plans to allow the parties time to continue discussions aimed at reaching a global settlement of the case. The court will set a telephone status conference to monitor the progress of the parties' settlement negotiations. Should settlement negotiations fail, the court will set a date to continue the hearing and receive evidence concerning the Motion for Preliminary Injunction.

In the meantime, with the consent of the parties stated on the record, the court will extend the temporary restraining order currently in place, (Dkt. # 10), such that any funds paid to the Defendant law firm, Wait, Schneider, Bayless, & Chesley Co., LPA,

from *Williams v. Duke Energy*, No. 08-46 (S.D. Ohio October 21, 2015) (Sargus, J.), will be placed on deposit with the court during the pendency of this litigation or until that order is dissolved. Additionally, during settlement discussions with the court, Plaintiffs agreed to the termination of their Motion to Deposit Funds, (Dkt. # 29), as withdrawn without prejudice. Accordingly,

IT IS ORDERED that the parties will APPEAR by telephone for a status conference on **Thursday June 9, 2016 at 3:30 pm.  THE COURT WILL INITIATE THE CALL.**

IT IS FURTHER ORDERED that the temporary restraining order previously entered in this case (Dkt. # 10) is EXTENDED with the consent of the parties.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Deposit of Funds (Dkt. # 29) is TERMINATED as withdrawn without prejudice.

.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2016, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522