**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CONNIE MCGIRR, et al.,

    Plaintiffs,

v.                                          Case No. 16-464

THOMAS F. REHME, et al.,

    Defendants.

                                            /

**ORDER DIRECTING BRIEFING**

      The court has received Plaintiffs' request by email to expand the Temporary Restraining Order currently in place in this matter. Defendants have responded in opposition to that request, also by email to the court's case manager. Requests for expanded equitable relief raise complex and substantive legal issues that are not appropriately addressed in off-the-record email communication.  Accordingly,

      IT IS ORDERED that if Plaintiffs seek an expanded TRO they are to **file a motion on the docket supported by argument and authority for such a request no later than July 6, 2016. Defendants may submit a response to the request no later than July 12, 2016.**

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  July 1, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 1, 2016, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\16-464.MCGIRR.expandedTRObriefing.smq.wpd