UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CONNIE MCGIRR, et al.,

    Plaintiffs,

v.                                            Case No. 16-464

THOMAS F. REHME, et al.,

    Defendants.
                                        /

## SCHEDULING ORDER

On May 26, 2016, the court held a hearing on various motions, including Defendants' Motions to Dismiss, (Dkt. ## 13, 14), and Plaintiff's Motion for Preliminary Injunction, (Dkt. # 4). Plaintiffs made a summary presentation of their evidence, the parties engaged in settlement discussions, and then Defendants made a short rebuttal presentation. The court continued the hearing to allow the parties to explore the possibility of settlement. Because the parties were not successful in negotiating an end to the matter, the court scheduled a hearing for July 26, 2016 to continue presentation on the pending motions. Plaintiffs have indicated to the court that they plan to rest on the presentation that they made at the first hearing; Defendants anticipate making a presentation in response. In order to clarify the matters the court understands to be ripe for consideration,

IT IS ORDERED that the parties will first be prepared to argue the pending Motions to Dismiss, (Dkt. ## 13, 14), with particular attention paid to the joinder concern Defendants have raised under Federal Rule of Civil Procedure 19. The court will then

hear Defendants' presentation concerning the Motion for Preliminary Injunction. (Dkt. #4.) Finally, the court will allow Plaintiffs to reply to Defendants' response to the Motion for Expansion of the TRO. (Dkt. # 52.)

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 21, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 21, 2016, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\SMQ\Civil\16-464.MCGIRR.julyhearingschedorder.smq.wpd