**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CONNIE MCGIRR, et al.,

    Plaintiffs,

v.

                                                                  Case No. 16-464

THOMAS F. REHME, et al.,

    Defendants.

_____/

**ORDER STAYING CASE PENDING SETTLEMENT NEGOTIATIONS**

Plaintiffs and former Assignee Eric W. Goering filed motions requesting the appointment of a receiver to manage Defendant Waite, Schneider, Bayless & Chesley Co ("WSBC")'s assets in light of this court's injunctive order prohibiting any action related to any asset of WSBC beyond basic office expenses. (Dkt # 75, Pg. ID 1842.) The court found "ample evidence of fraudulent conduct to support an order of receivership" (Dkt. # 192), granted Plaintiff's motion, appointed John Pidcock as Receiver over WSBC, and set scheduling deadlines to facilitate the progress of this case. (Dkt. # 193.)

Subsequently, the parties notified the court that they have reached a settlement and have embodied it in a Term Sheet. Currently, Plaintiffs are reviewing the Term Sheet; Plaintiffs' Counsel is awaiting approval of the Term Sheet and the settlement by the necessary 80% of the class Plaintiffs. In light of these developments the parties ask the court to stay its order appointing receiver (Dkt. # 193) for 30 days and to temporarily suspend the scheduling order deadlines. (Dkt. # 192.) The court concludes that the parties' requests are reasonable and will facilitate the efficient resolution of this case.

Accordingly,

IT IS ORDERED that the court's Opinion and Order Appointing Receiver (Dkt. # 193) is STAYED until further order of the court.

IT IS FURTHER ORDERED that the Rule 26(f) report deadline contained in the court's August 3, 2018 order (Dkt. # 192) is SUSPENDED until further order of the court.

IT IS FURTHER ORDERED that the parties are DIRECTED to appear for a telephonic status conference on **August 29, 2018 at 3:30 pm** to report on their progress toward reaching a final settlement.

    s/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DISTRICT JUDGE

Dated:   August 13, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 13, 2018, by electronic and/or ordinary mail.

    s/Lisa Wagner  
    Case Manager and Deputy Clerk  
    (810) 292-6522