# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CONNIE MCGIRR**, *et al.*, | : | Civil Action No. 1:16-cv-464 |
| Plaintiffs, | : | Judge Robert H. Cleland |
| vs. | : | |
| **THOMAS F. REHME**, *et. al.*, | : | |
| Defendants. | : | |

## AGREED ORDER AUTHORIZING PAYMENT OF FUNDS TO ESCROW AGENT

On October 3, 2018, this Court entered the Agreed Judgment Entry and Permanent Injunction (the "Judgment") (Doc. 197). Pursuant to paragraph 2 of the Judgment, if Waite Schneider Bayless & Chesley Co., LPA ("WSBC") receives an asset not included in paragraph 8 of the Settlement Agreement and Mutual Release between Defendants and Plaintiffs, such funds were to be deposited with the Clerk of Courts until further order of this Court.

WSBC has received funds that fall within the scope of paragraph 2 of the Judgment.

To expedite the process, the parties have agreed that instead of depositing the funds with the Court and then seeking a further order, they would submit this Agreed Order Authorizing Payment of Funds to Escrow Agent as a means of resolving the matter more efficiently.

Accordingly, the parties stipulate and agree that WSBC is authorized to pay the funds directly to the Escrow Agent.

IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2019

1012750.1

I herby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 14, 2019, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

Agreed:

*/s/ Donald J. Rafferty*
Donald J. Rafferty (0042614)
Cohen, Todd, Kite & Stanford, LLC
250 E Fifth St, Suite 2350
Cincinnati, OH 45202-5136
Phone: (513) 333-5243
Fax: (513) 241-4495
Email: drafferty@ctks.com
*Attorneys for Waite, Schneider, Bayless*
*& Chesley Co., L.P.A. and Thomas Rehme, Trustee*

*/s/ Vincent E. Mauer*
Vincent E. Mauer (0038997)
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, Ohio 45202
Phone: 513-651-6785
Fax: 513-651-6981
Email: vmauer@fbtlaw.com
*Attorney for Stanley M. Chesley*

*/s/ Angela M. Ford*
Angela M. Ford, admitted *pro hac vice*
Chevy Chase Plaza
836 Euclid Avenue, Suite 311
Lexington, KY 40502
Phone: 859-268-2923

2

1012750.1

Email: amford@windstream.net
*Attorney for Plaintiffs*