**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CONNIE McGIRR***, et al.***, | : | |
| | : | **Civil Action No. 1:16-cv-464** |
| **Plaintiffs,** | : | **Judge Robert H. Cleland** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS F. REHME,** *et. al.***,** | : | |
| | : | |
| **Defendants.** | : | |

**AGREED ORDER DIRECTING RELEASE OF FUNDS**

This matter has come before the Court upon the parties' request that the Court enter an Order directing the release and payment of funds which are part of the settlement in this case, to Peter L. Ecabert, Esq., escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky 40502, which shall then be distributed pursuant to the terms of the parties' escrow agreement as provided in the Agreed Judgment Entry and Permanent Injunction in this matter (Dkt. # 197) for other settlement funds in this case. The Court finds that the request is well-taken and consistent with the Agreed Judgment Entry and Permanent Injunction in this matter (Dkt. # 197). Therefore, it is ORDERED as follows:

The Clerk of Courts is hereby directed to distribute the funds being held in this case, with accumulated interest, to Peter L. Ecabert, Esq., escrow agent, at 838 Euclid Avenue, Suite 406, Lexington, Kentucky 40502, which shall then be distributed pursuant to the terms of the parties' escrow agreement.

IT IS SO ORDERED.

S/Robert H. Cleland
Robert H. Cleland, United States District Judge

Dated: July 29, 2019

Agreed for Entry:


*/s/ Angela M. Ford*
Angela M. Ford (*Pro Hac Vice*)
Chevy Chase Plaza
836 Euclid Avenue, Suite 311
Lexington, Kentucky  40502
amford@windstream.net
(859) 268-2923

*Brian S. Sullivan*
Brian S. Sullivan (0040219)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
brian.sullivan@dinsmore.com
(513) 977-8200

*Counsel for Plaintiffs*


*/s/ Donald J. Rafferty*
Donald J. Rafferty (0042614)
COHEN, TODD, KITE & STANFORD, LLC
250 E. Fifth Street, Suite 2350
Cincinnati, OH  45202-5136
drafferty@ctks.com
(513) 333-5243

*Counsel for Defendants, Waite, Schneider,*
*Bayless & Chesley Co., L.P.A.  & Thomas F. Rehme*


*/s/ Vincent E. Mauer*
Vincent E. Mauer (0038997)
FROST BROWN TODD LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, Ohio  45202
vmauer@fbtlaw.com
(513) 651-6785

*Counsel for Defendant, Stanley M. Chesley*