# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CONNIE MCGIRR, et al.,

    Plaintiffs,

v.

                                    Case No. 16-464

THOMAS F. REHME, et al.,

    Defendants.

_____/

## ORDER CONTINUING TELEPHONE CONFERENCE

On November 3, 2020, Defendant Waite, Schneider, Bayless & Chesley, Co., LPA filed a "Motion to Enforce Settlement and to Compel Escrow Agent to Perform his Obligations." Pursuant to the local rules, any opposition to the motion should have been filed within 21 days. S.D. Ohio Civ. R. 7.2(a)(2). No response was filed. The court therefore issued an order to show cause why the motion should not be granted (ECF 207.)

The escrow agent attempted to file a response, however, because he was not admitted to practice in the Southern District of Ohio, he was not able to file the response on the docket. Instead, he emailed his response, along with the voluminous supporting documentation, to the court and to counsel of record. The court held a telephone conference on December 30, 2020, where counsel indicated they needed time to review the documents. All parties agreed it was best not to file the sensitive information on the record, but to instead leave the motion pending while counsel could explore what issues remain unresolved. The court will therefore continue the telephone conference until February. Counsel shall continue to work cooperatively in an attempt to identify and

narrow any remaining issues. At the continued telephone conference, depending on what issues remain, the court will determine the next step, if any, in this litigation. Accordingly,

IT IS ORDERED that the December 30, 2020 telephone conference is CONTINUED until **February 2, 2021 at 10:00 am.** The court will circulate call-in information at a later date. Counsel are instructed to submit a jointly prepared, brief summary of remaining issues by **January 29, 2021**. The summary shall be submitted via email to the court's case manager, with all counsel and the escrow agent copied.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:   January 4, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 4, 2021, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C3 ORDERS\16-464.MCGIRR.ContinueTeleConf.Escrow.CHD.docx